UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY HAZLETT,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )<br>)  Case No. 4:12-CV-01715- CEJ<br>) |
| CITY OF PINE LAWN, et al.,<br>    Defendants. | )<br>)<br>) |

## **ORDER**

Due to clerk's error, the above styled and numbered case filed on September 24, 2012 was assigned to the Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned to the Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

Date: September 25, 2012

James G. Woodward
CLERK OF COURT

By: <u>Michele Crayton, Deputy In Charge</u>

**In all future documents filed with the Court, please use the following case number 4:12-CV-01715-JAR.**