UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREGORY HAZLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   4:12CV1715 JAR |
| ) | |
| CITY OF PINE LAWN and ) | |
| OFFICER STEVE LOWMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Stay of Proceedings and Alternative Motion of Plaintiff's Attorneys to Withdraw (ECF No. 15). The Court previously denied Plaintiff's request to stay the proceedings. (ECF No. 18). The Court held a hearing on April 19, 2013 regarding Plaintiff's attorneys' motion to withdraw. Plaintiff did not attend but Plaintiff's counsel provided the Court with Plaintiff's position on the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Attorneys' Motion to Withdraw [15] is **GRANTED**. The Court stays this action for thirty (30) days to allow Plaintiff to obtain alternate counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a copy of this order to Gregory Hazlett, 1538 Somerset Terrace Dr., St. Louis, MO 63136 and Gregory Hazlett, Inmate No. 48575, St. Louis County Justice Center, P.O. Box 16060, Clayton, MO 63105.

Dated this 19th day of April, 2013.

                                                                                    _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE