UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GREGORY HAZLETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:12CV1715 JAR |
| CITY OF PINE LAWN, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its review of the record and its own calendar. The Court is beginning a four-week trial and will be unable to retain the current May 5, 2014 trial date. The Court also has dispositive motions pending.

Accordingly,

**IT IS HEREBY ORDERED** that the trial date of May 5, 2014 is **VACATED**. The Court will hold a conference with the parties after it rules on the pending motions, regarding setting a new trial date and new deadlines for the parties to file their pretrial motions, if necessary.

Dated this 7th day of April, 2014.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE